UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                )
                                      )
   Lashundia Hudson                   )        Case Number  13-48467-659
                                      )
                                      )
                                      )

NOTICE OF SERVICE OF DOCKET SHEET
INDICATING ABSENCE OF REQUIRED CERTIFICATION AND/OR DEPOSIT OF FUNDS

Pursuant to 11 U.S.C. §362   please take Notice of the enclosed certified copy of the docket in the above referenced action, which indicates the absence of the following:

__X__  a Certification of Entitlement to Cure Monetary Judgment under Applicable Non-Bankruptcy Law

__X__  a Deposit of Funds

_____  a Certification of Cure of Residential Judgment

Absence of the above documents, makes applicable the exception to the automatic stay under section 362 subsection (b)(22).

Dated:_____September 19, 2013_____

                                        Dana C. McWay
                                        Clerk of Court

Copies to:

Landlord
Debtor
Debtor's Attorney
Case Trustee
U. S. Trustee

DebtEd, MEANSNO

# U.S. Bankruptcy Court
## Eastern District of Missouri (St. Louis)
### Bankruptcy Petition #: 13-48467

*Assigned to:* Judge Kathy A. Surratt-States
Chapter 7
Voluntary
No asset

*Date filed:* 09/13/2013
*341 meeting:* 10/17/2013
*Deadline for filing claims (govt.):* 03/12/2014
*Deadline for objecting to discharge:* 12/16/2013

*Debtor*
**Lashundia Hudson**
3401 Chippewa 2ff
Apt. 2FF
St. Louis, MO 63118
ST. LOUIS CITY-MO
SSN / ITIN: xxx-xx-8768

represented by **Lashundia Hudson**
PRO SE

CERTIFIED AS A TRUE COPY
OF THE ORIGINAL DOCUMENT
PRINTED 9-19-13

Total # Pages of Document
(With Attachments): 2

Attest: Dana C. McWay
       Clerk of Court, USBC-EDMO
By: _Sully Ahlers_
         Deputy Clerk
Date of Certification: 9-19-13

*Trustee*
**Seth A Albin**
Stewart, Mittleman, Heggie & Henry
222 South Central Avenue, Suite 501
St. Louis, MO 63105
(314) 863-8484

*U.S. Trustee*
**Office of U.S. Trustee**
111 South Tenth Street
Suite 6.353
St. Louis, MO 63102
(314) 539-2976

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2013 | 1 | Chapter 7 Voluntary Petition, Schedules and Statements . IFP waived Filed by Lashundia Hudson Government Proof of Claim due by 3/12/2014. Summary of schedules due 9/27/2013. Schedule C due 9/27/2013. Schedule D due 9/27/2013. Schedule E due 9/27/2013. Schedule G due 9/27/2013. Schedule H due 9/27/2013. Declaration Concerning Debtors Schedules due 9/27/2013. Statement of Financial Affairs due 9/27/2013. Statistical Summary of Certain Liabilities due 9/27/2013. Credit Counseling Date: 9/27/2013. (moej) (Entered: 09/13/2013) |
| 09/13/2013 | 2 | Meeting of Creditors with 341(a) meeting to be held on 10/17/2013 at 10:30 AM at U.S. Trustee Meeting Room, Room 1.310. Objections for Discharge due by 12/16/2013. (moej) (Entered: 09/13/2013) |
| 09/13/2013 | 3 | B21 Form Filed by Debtor Lashundia Hudson. (moej) (Entered: 09/13/2013) |

| | | |
|---|---|---|
| 09/13/2013 | 4 | Application to Proceed in forma pauperis Filed by Debtor Lashundia Hudson (moej) (Entered: 09/13/2013) |
| 09/13/2013 | 5 | Order and Notice of Missing Documents Summary of schedules due 9/27/2013. Schedule C due 9/27/2013. Schedule D due 9/27/2013. Schedule E due 9/27/2013. Schedule G due 9/27/2013. Schedule H due 9/27/2013. Declaration Concerning Debtors Schedules due 9/27/2013. Statement of Financial Affairs due 9/27/2013. Statistical Summary of Certain Liabilities due 9/27/2013. Credit Counseling Date: 9/27/2013. (moej) (Entered: 09/13/2013) |
| 09/15/2013 | 6 | BNC Certificate of Mailing - Meeting of Creditors Notice Date 09/15/2013. (Related Doc # 2) (Admin.) (Entered: 09/15/2013) |
| 09/15/2013 | 7 | BNC Certificate of Mailing Notice Date 09/15/2013. (Related Doc # 5) (Admin.) (Entered: 09/15/2013) |

